M. P. No. 1775. FREDERICK A. TAYLOR *v.* FRANCIS A. HOWARD, *Warden,* Respondent directed to file answer to petition for

habeas corpus and therein to *show cause,* if any he has, why the writ should not issue as prayed, said answer to be made in compliance with Provisional Order No. 7. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.